### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DOREEN JOYCE DUNCAN,** | ) | CASE NO. 4:07CV3042 |
| | ) | BK 04-43115 |
| **Plaintiff,** | ) | AP 05-4106 |
| | ) | |
| V. | ) | |
| | ) | **RECUSAL ORDER** |
| **NELNET LOAN SERVICES, and** | ) | |
| **EDUCATIONAL CREDIT** | ) | |
| **MANAGEMENT CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned Judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 21st day of February, 2007.

                                        BY THE COURT:

                                        s/Laurie Smith Camp
                                        United States District Judge