IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | BK04-43115 |
| | ) | |
| DONALD and DOREEN DUNCAN, | ) | Adv. Pro. No. 05-4106 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| DOREEN JOYCE DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3042 |
| | ) | |
| v. | ) | |
| | ) | |
| NELNET LOAN SERVICES and | ) | ORDER |
| EDUCATIONAL CREDIT MANAGEMENT | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the stipulation to dismiss appeal filed by defendant, Educational Credit Management Corporation and plaintiff, Doreen Duncan (Filing No. 10). Pursuant thereto,

IT IS ORDERED that the above appeal is dismissed, costs and fees to be paid by defendant/appellant.

DATED this 7th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court